Notice: This correspondence was mailed from Hidalgo
County Sheriff's Office Adult Detention Center.

Inmate's Name : _LorD Aaron James Abdul Bazan_
                                        Abdul
Inmate's Spin# : _C-393-23_

P.O. Box 3250
Edinburg, Texas 78540

ClerK

united states District Court

Southern District of Texas

1701 W. Bus. Hwy. 83 STE. 1011

McAllen, Texas 78501

CLERK U.S. DISTRICT COURT
RECEIVED
MAR 22 2023
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

78501$5178 C016

The United States District court                3-19-2623

In the southern District of Texas

Aaron James Bazan

   Plaintiff

   V.                                    :Cause No.

Joe Biden

President of the United

States of America

   Defendent,

Denouncing My Citizenship

of The United States of

America.

Now comes forth the Plaintiff Aaron James Bazan
SSN: 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  D.O.B 11-5-87. The Petitioner herein
Filed a request at the Hidalgo county Detention center
on March 19th 2023 Announcing that I denounce my
Citizenship of the United States of America and
Claim soveriegn Immunity, And from this day forward
of march 20th, 2023, I Aaron James Bazan will be known
from here forth as Lord Aaron James Abdul Bazan,
Law allowing the Plaintiff to Denounce Citizenship of the USA
Is the International Declaration of Human Rights Act that
Was Enacted on Dec 10th 1948 by all members of the united
Nations.

This Bill was Signed and made law govern all Countries of the world Called Earth on the Date above and having all 30 articles of this Human Right Acts.

Plaintiff now Gives Reason
For No longer wanting to be a
Citizen of the united States
of America

This plaintiff Born 11-05-1987 In McAllen TX, By no means of His own Desire to be Born In The USA now gives up my Constitutional rights of the USA

ToDay is march 19, 2023 and I still Have 9 Days to go to Court why, Because I'm Being Held ransome This Jail get paid 150 Dollars for everyday I'm Here.

So This Here proves that this Country that Calls itself the Home of the free is nothing more than a Big GanG that Has Decided that the majority of opinion is law and They Can Break it when they want to!

The Foregoing above grounds and Cause to Denounce Citizenship and to request Request that the USA pay to the plaintiff Herein The Sum of Seven Hundred and eighty three Thousand dollars for Being treated so unfairly with Cruel and unusal punishment Pain and Suffering against a person that is presently under mental Ill threat of he is in fact a product of His environment

Request Relief

Plaintiff lens on the Cause above and request
Compensation from The USA In the Sum of $793,000
thousand Dollars for the Suffering That the plaintiff Has
Had to Suffer at the Hands of these Government officers
of the united states of America
Plaintiff now prays the presiding Judge grants plaintiff
His requested Relife of $793,000 thousand Dollars and
be given sovereign Immnaity with Denunciing any Citizenship.

Respectfully yours,

Lord Abreo Fame Abdul Bazan