United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AARON JAMES BAZAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-096 |
| § | |
| JOE BIDEN, § | |
| PRESIDENT OF THE UNITED STATES, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Bazan's request to proceed *in forma pauperis* and related civil complaint seeking to renounce U.S citizenship. After having reviewed said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's Application to Proceed *in forma pauperis* (Dkt. No. 2) be **DENIED** and this civil cause of action (Dkt. No. 1) should herein be **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED August 29, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge